**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 2, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00304-CV

---

## AVETCO CONSTRUCTION SOLUTIONS LLC AND VANESSA MUEHLHAUSEN, Appellants

### V.

## CHAMPION WASTE & RECYCLING SERVICES, LLC, Appellee

---

**On Appeal from the 367th District Court
Denton County, Texas
Trial Court Cause No. 20-1443-367**

---

### MEMORANDUM OPINION

This appeal is from an order signed March 11, 2020. On January 11, 2021, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.